**Electronically Filed
Supreme Court
SCPW-22-0000372
24-JUN-2022
08:04 AM
Dkt. 13 ODDP**

SCPW-22-0000372

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE MARY LOUISE DRESSLER

---

ORIGINAL PROCEEDING
(CASE NO. 3CC171000024)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Mary Louise Dressler's (petitioner's) letter filed on June 1, 2022, which we construe as a petition for writ of mandamus, the documents attached and submitted in support, and the record, petitioner has not demonstrated a clear and indisputable right to the requested relief and that she lacks alternative means to seek relief. Petitioner's requests to dismiss the foreclosure action for lack of jurisdiction and order the return of the subject property are pending before the circuit court, and an extraordinary writ is not intended to supersede the discretionary authority of the circuit court.  An extraordinary writ is thus not warranted.  <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (explaining that a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear

and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such writs are not meant to supersede the legal discretionary authority of the lower court, nor are they meant to serve as legal remedies in lieu of normal appellate procedure). Accordingly,

It is ordered that the petition for writ of mandamus is denied.

It is further ordered that the clerk of the appellate court shall process the submission without payment of the filing fees.

DATED:  Honolulu, Hawaiʻi, June 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

